UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Gianni Versace, S.p.A.

                Plaintiff,

v.

Case No.: 1:18−cv−01173

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion for Temporary Restraining Order [11] is granted and shall remain in effect until 3/13/2018 at 9:00 AM. Order to follow. Plaintiff's Motion for leave to file under seal [6] and Motion for electronic service of process [18] are granted. Status hearing set for 3/13/2018 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.